No. 680.   ANDREWS *v.* CITY OF SAN BERNARDINO ET AL. Dist Ct. App. Cal., 4th App. Dist.   Certiorari denied. *Manuel Ruiz* for petitioner.   *Waldo Willhoft* for respondents.

No. 675.   STEVENS, EXECUTRIX, ET AL. *v.* HUMBLE OIL & REFINING Co.   C. A. 5th Cir.   Certiorari denied. *Arthur C. Reuter* and *Herbert J. Garon* for petitioners.

No. 689.   MANHATTAN-BRONX POSTAL UNION ET AL. *v.* O'BRIEN, POSTMASTER GENERAL.   C. A. D. C. Cir. Certiorari denied.   *Roy C. Frank* for petitioners.   *Solicitor General Marshall, Assistant Attorney General Douglas, Morton Hollander* and *Robert V. Zener* for respondent.

No. 693.   MOORE *v.* P. W. PUBLISHING Co., INC. Sup. Ct. Ohio.   Certiorari denied.   *James R. Hinton* for petitioner.   *W. Howard Fort* for respondent.

No. 696.   DILLON *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   *Robert S. Miller* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Douglas, Morton Hollander* and *Robert V. Zener* for the United States.

No. 710.   CONTINENTAL GRAIN Co. *v.* WASHINGTON. Sup. Ct. Wash.   Certiorari denied.   *Arthur A. Goldsmith* and *Dwight L. Schwab* for petitioner.   *John J. O'Connell,* Attorney General of Washington, and *James A. Furber* and *Henry W. Wager,* Assistant Attorneys General, for respondent.